

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

**JOSEPH I. MARCHESE**
Tel: **646.837.7150**
Fax: **212.989.9163**
**jmarchese@bursor.com**

December 4, 2020

***By ECF***

James G. Ryan
Cullen Dykman
100 Quentin Roosevelt Blvd
Garden City, NY 11530
jryan@cullenllp.com

Re: *Erik Shak v/ Adelphi University,* No. 1:20-cv-01951-WFK-RML (E.D.N.Y.)

Dear Mr. Ryan:

    I represent the Plaintiff in the above-referenced action. As instructed by the Court, attached please find Plaintiff's Opposition to Defendant's Motion to Dismiss the First Amended Complaint, as well as the Declaration of Joseph I. Marchese and exhibits thereto.

Very truly yours,

Joseph I. Marchese

CC without enclsoures:

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201