

Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792

**Jennifer A. McLaughlin**
Partner
Direct Dial: (516) 357-3889
jmclaughlin@cullenllp.com

December 21, 2021

**VIA ECF**
Hon. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    **Erik Shak v. Adelphi University (Case No. 1:20-cv-01951-WFK-RML)**

Dear Judge Levy:

    This firm represents defendant Adelphi University ("Adelphi") in the above matter. This matter was referred to mediation on September 27, 2021. We write to inform the Court that the parties have reached a settlement-in-principle and are working on the corresponding settlement documentation. Once finalized, the parties will file a stipulation of dismissal accordingly. Please let us know if the Court requires any additional information.

    Respectfully submitted,

    /s/ Jennifer A. McLaughlin

    Jennifer A. McLaughlin (JM5678)

cc: All counsel of record (*via ECF*)