UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK SHAK on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>ADELPHI UNIVERSITY,<br><br>              Defendant. | Civil Action No.: 1:20-cv-01951-WFK-RML |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED by Plaintiff Erik Shak and Kerri Shaffer (collectively "Plaintiffs") and Defendant Adelphi University ("Defendant" or "Adelphi") that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' claims are hereby dismissed with prejudice. Claims brought on behalf of each member of the proposed class are hereby dismissed without prejudice.

Dated: January 31, 2022

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _/s/ Joseph I. Marchese_
     Joseph I. Marchese

Joseph I. Marchese
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

*Attorneys for Plaintiff and Kerri Shaffer*

Dated: January 31, 2022                               **CULLEN AND DYKMAN LLP**

                                                                     By:   /s/ James G. Ryan
                                                                                      James G. Ryan

                                                      James G. Ryan
                                                      100 Quentin Roosevelt Boulevard
                                                      Garden City, New York 11530
                                                      Telephone: (516) 357-3750
                                                      Email: jryan@cullenllp.com

                                                   *Attorneys for Defendant Adelphi University*

The application is ✓ granted.
SO ORDERED.    ~~denied.~~

**s/ WFK**
_____
William F. Kuntz, II, U.S.D.J.
Dated: January 31, 2022
Brooklyn, New York

2